UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> A.R.S. ADVANCED RESTORATION § <br> SOLUTIONS, INC. dba PAUL DAVIS § <br> RESTORATION OF GREATER § <br> HOUSTON, § <br>    Debtor § <br> § | CASE NO. 14-32017 <br> (Chapter 7) |

**PROSPERITY BANK'S MOTION FOR APPROVAL
OF AGREED ORDER LIFTING STAY**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to local Bankruptcy Rule 4001, Prosperity Bank, the successor by merger with First Victoria National Bank ("Movant") files this its Motion for Approval of Agreed Order Lifting the Stay, a true and correct copy of which is attached hereto marked as **Exhibit 1**. Prosperity Bank

requests that such Agreed Order be entered.

WHEREFORE, PREMISES CONSIDERED, Prosperity Bank respectfully requests that this Motion be granted and that the original of the attached Agreed Order be entered of record.

Respectfully submitted,

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**

By: /s/ L. DAVID SMITH
L. DAVID SMITH
TBA No. 18639300
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone: (713) 800-8604
Facsimile: (713) 622-1026
**ATTORNEY FOR PROSPERITY BANK**

### CERTIFICATE OF SERVICE

I, L. David Smith, hereby certify that Prosperity Bank's Motion for Approval of Agreed Order Lifting Stay was served via electronic notice or United States first class mail, postage prepaid, on this the 12th day of May, 2014, to the parties as indicated on the attached Service List:

/s/ L. DAVID SMITH
L. DAVID SMITH

## SERVICE LIST

**DEBTOR:**
A.R.S. Advanced Restoration Solutions, Inc.
dba Paul Davis Restoration of Greater Houston
403 Century Plaza Drive, Suite 400
Houston, Texas 77073
*Via First Class U.S. Mail*

**DEBTOR'S COUNSEL:**
Barbara Mincey Rogers
Rogers & Anderson, PLLC
1415 North Loop West, Suite 1020
Houston, Texas 77008
Telephone: (713) 868-4411
Facsimile: (713) 868-4413
Email: brogers@ralaw.net
*Via Electronic Notice*

**CHAPTER 7 TRUSTEE:**
Lowell T. Cage
Cage Hill and Niehause LLP
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone: (713) 789-0500
*Via Electronic Notice*

**U.S. TRUSTEE:**
U. S. Trustee
Bob Casey Federal Building
515 Rusk, 3rd Floor, Suite 3516
Houston, Texas 77002
*Via Electronic Notice*

### TWENTY (20) LARGEST UNSECURED CREDITORS SCHEDULED BY DEBTOR, PARTIES IN INTEREST AND THOSE REQUESTING NOTICE

Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197-5275

Harris County MUD #36
822 West Pasadena Blvd.
Deer Park, TX 77536-5749

Harris County Tax Assessor
P.O. Box 4622
Houston, TX 77210-4622

Spring ISD
P.O. Box 90458
Houston, TX 77290-0458

Travis County Tax Assessor/Collector
5501 Airport Blvd.
Austin, TX 78751-1410

319 Century Plaza Assoc. Ltd.
2037 Pierce St.
San Francisco, CA 94115

Chaparral Plumbing
18901 Turip Street
Spring, TX 77379

Crawford Contractor Connection
P.O. Box 917373
Orlando, FL 32891-7373

Diamond KK Inc.
11879 White Oak Pass
Conroe, TX 77385

Door to Door Storage, Inc.
P.O. Box 742567
Los Angeles, CA

First Insurance Funding Corp.
P.O. Box 3306
Northbrook, IL 66065

Home Depot
P.O. Box 6031
The Lakes, NV 88901-6031

3

Ismael Lopez
118630 Hallowing Point Rd
Houston, TX 77067

Joe Souza
19103 Craigchester
Spring, TX

John B. Simmons
710 The Cliffs Ct
Montgomery, TX 77356

Karey Carter dba Right Claims
3335 Pebble Beach Blvd.
Montgomery, TX 77356

LoreDDA Ventures
1811 Plumbwood Way
Houston, TX 77058

Lowes
P.O. Box 530954
Atlanta, GA 30353-0954

Miguel Angel Valle
14646 Waxahachie St
Houston, TX 77015

Platinum Staffing
4715 Hwy 6 North
Houston, TX 77073

PricewaterhouseCoopers LLP
P.O. Box 952282
Dallas, TX 75395-2282

St. Marks Fine Arts Conservation
4901 Main
Houston, TX 77002

Waste Management Houston Metro
P.O. Box 660345
Dallas, TX 75266-0345

Winstead
24 Waterway Ave., Ste 500
The Woodlands, TX 77380

Wright Express
P.O. Box 6293
Carol Stream, IL 60197-6293

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
 §
A.R.S. ADVANCED RESTORATION § CASE NO. 14-32017
SOLUTIONS, INC. dba PAUL DAVIS § (Chapter 7)
RESTORATION OF GREATER §
HOUSTON, §
 Debtor §

### AGREED ORDER LIFTING STAY

Came on for consideration Prosperity Bank's, the successor by merger with First Victoria National Bank (Movant), Motion for Approval of Agreed Order Lifting Stay in the above-styled and numbered proceeding; and it appearing to the Court, based on the representation made by Movant's counsel, that Movant, Debtor and the Chapter 7 Trustee have agreed to lift the stay, and that the stay should be lifted;

It is **ORDERED** that the stay of 11 U.S.C. §362 is lifted for the purpose of allowing Prosperity Bank to exercise its rights with respect to the following described property:

> All of the Debtors' inventory, equipment, accounts, general intangibles, demand deposit accounts with Movant and a 2009 Dodge Ram 1500, Vehicle ID #1D3HB18P79S763176.

IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, agreed to by the Debtors and unopposed by the Trustee, the ten (10) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

SIGNED this _____ day of _____, 2014.


_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT**
_/_

1
[K:\Wpmain\06111\04213\Bankruptcy\Agrd Ord to be filed w-Approval Mot.wpd]

APPROVED:

CHERNOSKY, SMITH, RESSLING & SMITH, PLLC

*[signature]*

L. DAVID SMITH\*
TBA No. 18639300
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone: (713) 800-8604
Facsimile: (713) 622-1026
Attorneys for Prosperity Bank, the successor by merger with First Victoria National Bank

ROGERS & ANDERSON, PLLC

*[signature]*

Barbara Mincey Rogers
TBA No. 17163200
1415 North Loop West, Suite 1020
Houston, TX 77008
Telephone: (713) 868-4411
Facsimile: (713) 868-4413
Email: brogers@ralaw.net
**Attorney for Debtor**

UNOPPOSED:

CAGE, HILL & NIEHAUS

*[signature]*

Lowell T. Cage
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone: (713) 789-0500
Facsimile: (713) 976-0344
Email: lcage@cagehill.com
**Chapter 7 Trustee**

---

\*    An attorney's signature constitutes representation that proper and timely service has been made pursuant to Local Rule 4001.