

ENTERED
06/30/2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
A.R.S. ADVANCED RESTORATION § CASE NO. 14-32017
SOLUTIONS, INC. dba PAUL DAVIS § (Chapter 7)
RESTORATION OF GREATER §
HOUSTON, §
Debtor §

### AGREED ORDER LIFTING STAY (Docket No. 12)

Came on for consideration Prosperity Bank's, the successor by merger with First Victoria National Bank (Movant), Motion for Approval of Agreed Order Lifting Stay in the above-styled and numbered proceeding; and it appearing to the Court, based on the representation made by Movant's counsel, that Movant, Debtor and the Chapter 7 Trustee have agreed to lift the stay, and that the stay should be lifted;

It is **ORDERED** that the stay of 11 U.S.C. §362 is lifted for all purposes, including the purpose of allowing Prosperity Bank to exercise its rights with respect to the following described property:

> All of the Debtors' inventory, equipment, accounts, general intangibles, demand deposit accounts with Movant and a 2009 Dodge Ram 1500, Vehicle ID #1D3HB18P79S763176.

~~IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, agreed to by the Debtors and unopposed by the Trustee, the ten (10) day stay period~~ The stay otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

**Signed: June 30, 2014.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

1
[K:\Wpmain\06111\04213\Bankruptcy\Agrd Ord to be filed w-Approval Mot.wpd]

APPROVED:

CHERNOSKY, SMITH, RESSLING & SMITH, PLLC

L. DAVID SMITH*
TBA No. 18639300
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone:   (713) 800-8604
Facsimile:   (713) 622-1026
**Attorneys for Prosperity Bank, the successor by merger with First Victoria National Bank**

ROGERS & ANDERSON, PLLC

Barbara Mincey Rogers
TBA No. 17163200
1415 North Loop West, Suite 1020
Houston, TX 77008
Telephone: (713) 868-4411
Facsimile: (713) 868-4413
Email: brogers@ralaw.net
**Attorney for Debtor**

UNOPPOSED:

CAGE, HILL & NIEHAUS

Lowell T. Cage
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone:   (713) 789-0500
Facsimile:   (713) 976-0344
Email: lcage@cagehill.com
**Chapter 7 Trustee**

\*   An attorney's signature constitutes representation that proper and timely service has been made pursuant to Local Rule 4001.