UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DISTRICT

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| A.R.S. ADVANCED RESTORATION | § | CASE NO. 14-32017 |
| SOLUTIONS, INC. d/b/a PAUL DAVIS | § | (Chapter 7) |
| RESTORATION OF GREATER HOUSTON | § | |
| Debtor | § | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010 (B) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a) and (b)

Catherine N. Wylie, hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this and in any cases consolidated herewith, be given to and served upon its attorney-of-record:

Catherine N. Wylie
The Wylie Law Firm
2211 Norfolk Street, Suite #440
Houston, Texas 77098
Telephone: 713-275-8230
Facsimile: 713-275-8239
Email: cwylie@wylielawfirm.com

This request for notices encompasses all notices, copies, pleadings, including without limitation, to those referred to in Bankruptcy Rules 2002 or 9007, and notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

Respectfully submitted this the 30th day of April, 2015.

          **THE WYLIE LAW FIRM**

*Catherine N. Wylie*
Catherine N. Wylie
TBA# 24033479
2211 Norfolk Street, Suite #440
Houston, Texas 77098
Telephone (713) 275-8230
Facsimile: (713) 275-8239
Email: cwylie@wylielawfirm.com
Guardian for Lonnie Phillips, Incapacitated

## CERTIFICATE OF SERVICE

I, Catherine N. Wylie, do hereby certify that a true and correct copy of the foregoing *Notice of Appearance Under Bankruptcy Rule 9010(b) Combined with Request for all Copies Pursuant to Bankruptcy Rule 2002(a) and (b)* has been served upon the parties listed below by first class mail on the 30th day of April 2015.

**DEBTOR:**
A.R.S. Advanced Restoration Solutions, Inc.
d/b/a Paul Davis Restoration of Greater Houston
403 Century Plaza Drive, Suite #400
Houston, Texas 77073
Via First Class Mail

**DEBTOR'S COUNSEL:**
Barbara Mincey Rogers
Rogers & Anderson, PLLC
1415 North Loop West, Suite #1020
Houston, Texas 77008
Telephone: 713-868-4411
Facsimile: 713-868-4413
Email: brogers@ralaw.net
Via Electronic Notice

**CHAPTER 7 TRUSTEE:**
Lowell T. Cage
Cage Hill and Niehaus LLP
5851 San Felipe, Suite #950
Houston, Texas 77057
Telephone: 713-789-0500
Via Electronic Notice

**U.S. TRUSTEE:**
U. S. Trustee
Bob Casey Federal Building
515 Rusk, 3rd Floor, Suite #3516
Houston, Texas 77002
Via Electronic Notice

_____
Catherine N. Wylie