

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: A.R.S. Advanced Restoration Solutions, Inc.

**Debtor(s)**

Case No.: 14–32017

Chapter: 7

**ENTERED**
**06/05/2015**

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/5/15

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE